UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FACTORY MUTUAL INSURANCE COMPANY,
as Subrogee of Standex International Corporation, and
STANDEX INTERNATIONAL CORPORATION,

    Plaintiffs,

v.

Case No.: 3:20cv180-DMB-RP

STEVEN THOMAS D/B/A THOMAS
WHOLESALE AND SALVAGE, JASPER CREEK,
LLC, and UNION COUNTY, MISSISSIPPI, acting
by and through the Board of Supervisors for the Third
Supervisors District of Union County, Mississippi,

    Defendants.

## PLAINTIFFS' STATEMENT OF AMENDMENT

COME NOW, Plaintiffs Factory Mutual Insurance Company ("Factory Mutual"), as subrogee of Standex International Corporation, and Standex International Corporation ("Standex") (collectively "Plaintiffs"), by and through undersigned counsel, and pursuant to the Court's Order to Show Cause [Doc. 82] and 28 U.S.C. § 1653, file this Statement of Amendment for the sole purpose of amending the jurisdictional allegations of Plaintiffs' Complaint [Doc. 1] to allege as follows with respect to Defendant Jasper Creek, LLC:

### PARTIES

6.    Defendant Jasper Creek, LLC ("Jasper Creek") is and was at all times material hereto a Mississippi limited liability company with its principal place of business located at 857 Highland Park Drive, Tupelo, Mississippi 38801. Jasper Creek's only members at all times material hereto, including the date this suit was filed, were Randy Cobb and Butch Cobb, who are

1

both adult resident citizens of the State of Mississippi. At all times material hereto, Jasper Creek was the record owner of a portion of the Property and the tenant, by assignment, of the portion of the Building wherein the Fire originated and from which the Fire quickly spread and ultimately destroyed Standex's property.

Respectfully Submitted,

  /s/  S. Joe Welborn
Jefferson C. Orr (Admitted Pro Hac Vice)
S. Joe Welborn (Admitted Pro Hac Vice)
SMITH CASHION & ORR, PLC
One American Center
3100 West End Ave.
Suite 800
Nashville, Tennessee 37204
jorr@smithcashion.com
jwelborn@smithcashion.com
(615) 742-8555
Fax No.: (615) 742-8556

AND

H. Scot Spragins, MSB #7748
Hickman, Goza & Spragins, PLLC
P. O. Drawer 668
Oxford, MS 38655-0668
sspragins@hickmanlaw.com
(662) 234-4000

*Co-Counsel for Plaintiffs Factory Mutual Insurance Company, as subrogee of Standex International Corporation, and Standex International Corporation*

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have this date filed a true and correct copy of the above and foregoing Notice of Service with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

Jay Marshall Atkins
Ben Thomas Woodhouse
MCANGUS GOUDELOCK & COURIE
119 North 9th Street
Oxford, MS 38655
jay.atkins@mgclaw.com
ben@baileywomble.com
*Counsel for Steven Thomas d/b/a Thomas Wholesale Furniture and Salvage*

Dan W. Webb
Brandi Elizabeth Soper
Roechelle R. Morgan
WEBB SANDERS & WILLIAMS, PLLC
363 N. Broadway
Tupelo, MS 38804
dwebb@webbsanders.com
bsoper@webbsanders.com
rmorgan@webbsanders.com
*Co-Counsel for Jasper Creek, LLC*

L.N. Chandler Rogers
ROGERS LAW GROUP, P.A.
P.O. Box 1771
201 West Bankhead Street
New Albany, MS 38652
chandler@rogerslawgroup.com
*Co-Counsel for Union County, Mississippi*

Thomas L. Carpenter
CARR ALLISON
1319 26th Avenue
Gulfport, MS 39501
tcarpenter@carrallison.com

*Counsel for Nationwide Mutual Insurance Company*

Bo Randle Brock
BROCK DEATON LAW FIRM
Post Office Box 2757
Tupelo, MS 38803-2757
bo@deatonlawfirm.net

*Co-Counsel for Jasper Creek, LLC*

R. Jeff Allen
HUNT ROSS & ALLEN
P. O. Box 1196
Clarksdale, MS 38614-1196
rjallen@huntross.com

*Co-Counsel for Union County, Mississippi*

H. Scot Spragins
Hickman, Goza & Spragins, PLLC
P. O. Drawer 668
Oxford, MS 38655-0668
sspragins@hickmanlaw.com

*Co-Counsel for Plaintiffs*

      This 28th day of October 2020.

                                              /s/    S. Joe Welborn