IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FACTORY MUTUAL INSURANCE COMPANY,
as Subrogee of Standex International Corporation,
and STANDEX INTERNATIONAL CORPORATION
PLAINTIFFS

v. CIVIL ACTION NO. 3:20-cv-180-DMB-RP

STEVEN THOMAS, d/b/a THOMAS WHOLESALE AND SALVAGE, JASPER CREEK, LLC, and UNION COUNTY, MISSISSIPPI, acting by and through the Board of Supervisors for the Third Supervisors District of Union County, Mississippi
DEFENDANTS

and

JASPER CREEK, LLC COUNTER-PLAINTIFF

v.

FACTORY MUTUAL INSURANCE COMPANY,
as Subrogee of Standex International Corporation,
and STANDEX INTERNATIONAL CORPORATION COUNTER-DEFENDANTS

and

JASPER CREEK, LLC CROSS-PLAINTIFF

v.

STEVEN THOMAS, Individually, and d/b/a
THOMAS WHOLESALE AND SALVAGE CROSS-DEFENDANT

and

JASPER CREEK, LLC THIRD-PARTY PLAINTIFF

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, MASTER-BILT REFRIGERATION SOLUTIONS, an unincorporated association d/b/a MASTER-BILT NEW ALBANY, XYZ UNKNOWN CORPORATIONS, and JOHN DOES 1-10 THIRD-PARTY DEFENDANTS

**JOINT MOTION FOR COMPLETE DISMISSAL OF CLAIMS AND FOR FINAL JUDGMENT DUE TO SETTLEMENT**

COME NOW the following parties to this action, Factory Mutual Insurance Company, Standex International Corporation, Steven Thomas, d/b/a Thomas Wholesale and Salvage, Jasper Creek, LLC, Union County, Mississippi, Nationwide Mutual Insurance Company, and Master-Bilt Refrigeration Solutions, and prepare this their joint motion to dismiss, for claims, counter-claims, cross-claims, and third party claims, that have been made or could be made within this cause of action.

The parties listed above, by and through their respective counsel of record, and respectfully request that all claims be dismissed as a final judgment, under Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice, for reasons stated next:

I.

These parties have amicably settled all of the claims that had been asserted by the parties listed above against each other.

II.

Accordingly, Factory Mutual Insurance Company, Standex International Corporation, Steven Thomas, d/b/a Thomas Wholesale and Salvage, Jasper Creek, LLC, Union County, Mississippi, Nationwide Mutual Insurance Company, and Master-Bilt Refrigeration Solutions respectfully request that this Court grant this their Motion to Dismiss and for Final Judgment under Rule 41(a) of the Federal Rules of Civil Procedure, expressly directing entry of a final judgment with prejudice for all of the claims, counter-claims, cross-claims, and third party claims made by these parties against each other.

WHEREFORE, PREMISES CONSIDERED, the parties, Factory Mutual Insurance Company, Standex International Corporation, Steven Thomas, d/b/a Thomas Wholesale and Salvage, Jasper Creek, LLC, Union County, Mississippi, Nationwide Mutual Insurance Company, and Master-Bilt Refrigeration Solutions, respectfully request this Court dismiss all claims, counter-claims, cross-claims, and third-party claims, by and against the parties to this action, with prejudice, under Rule 41(a) of the Federal Rules of Civil Procedure.

Further, the parties respectfully request that this Court direct entry of a final judgment, with prejudice, for all claims, counter-claims, cross-claims, and third-party claims. In addition, the parties would respectfully request that this Court grant this Motion, expressly directing a dismissal of all causes of action, with these parties' costs to be borne by the parties themselves, each to their own expenses. Finally, the parties would request that the Court will maintain retention of jurisdiction over the settlement contract to permit enforcement, if necessary, of the settlement reached in this federal court action, and whatever other relief is appropriate.

RESPECTFULLY SUBMITTED, this the 12th day of May, 2021.

For Plaintiffs Factory Mutual Insurance Company and Standex International Corporation,

*<u>/s/ H. Scot Spragins</u>*
H. Scot Spragins (MSB #7748)
HICKMAN, GOZA & SPRAGINS, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668
PH: 662-234-4000
Email: sspragins@hickmanlaw.com

*<u>/s/ Jefferson C. Orr</u>*
Jefferson C. Orr
S. Joe Welborn
SMITH CASHION & ORR, PLC
One American Center
3100 West End Ave., Ste. 800
Nashville, TN 37204
PH: 615-742-8555
Email: jorr@smithcashion.com
Email: jwelborn@smithcashion.com
*Via Pro Hac Vice*

For Defendant Union County, Mississippi

*<u>/s/ L.N. Chandler Rogers</u>*
L.N. Chandler Rogers, (MSB #102543)
ROGERS LAW GROUP, P.A.
201 East Bankhead Street
Post Office Box 1771
New Albany, MS 38652-1771
PH: 662-538-5990
CELL: 662-832-3249
FAX: 662-538-5997
Email: chandler@rogerslawgroup.com
Attorneys for Union County, Mississippi

For Defendant Steven Thomas, d/b/a
Thomas Wholesale and Salvage

*/s/ Jay Marshall Atkins*

Jay Marshall Atkins (MSB #100513)
Ben Thomas Woodhouse (MSB #105585)
MCANGUS GOUDELOCK & COURIE
119 North 9th Street
Oxford, MS 38655
PH: 662-281-7871
Email: jay.atkins@mgclaw.com
Email: ben@baileywomble.com
Attorney for Steven Thomas

For Defendant, Cross-Plaintiff, and Third-Party Plaintiff,
Jasper Creek, LLC

*/s/ Bo Randle Brock*

Bo Randle Brock (MSB #102309)
BROCK DEATON LAW FIRM
Post Office Box 2757
Tupelo, MS 38803-2757
PH: 662-844-2055
Email: bo@deatonlawfirm.net

*/s/ Dan W. Webb*

Dan W. Webb (MSB #7051)
Roechelle R. Morgan (MSB #100621)
WEBB SANDERS & WILLIAMS, PLLC
363 N. Broadway
Tupelo, MS 38804
PH: (662) 844-2137
Email: dwebb@webbsanders.com
Email: rmorgan@webbsanders.com
Email: bsoper@webbsanders.com

For Third Party Defendant, Nationwide Mutual Insurance Company

*/s/ Thomas L. Carpenter*

Thomas L. Carpenter (MSB #9808)
CARR ALLISON
1319 26th Avenue
Gulfport, MS 39501
PH: (228)-864-1060
E-mail: tcarpenter@carrallison.com

CERTIFICATE OF SERVICE

I, THOMAS CARPENTER, of the firm of Carr Allison, do hereby certify that I have this day filed this Joint Motion for Complete Dismissal and for Final Judgment through the EC/MCF system, which delivered a copy of this Motion to all counsel listed below at their usual electronic mail business address:

Dan W. Webb - dwebb@webbsanders.com
Roechelle R. Morgan - rmorgan@webbsanders.com
Brandi E. Soper - bsoper@webbsanders.com
Bo R. Brock - bo@deatonlawfirm.net

*Attorneys for Jasper Creek, LLC*

H. Scot Spragins - sspragins@hickmanlaw.com
Jefferson C. Orr - jorr@smithcashion.com
S. Joe Welborn - jwelborn@smithcashion.com

*Attorneys for Factory Mutual Insurance Company and Standex International Corporation*

R. Jeff Allen - rjallen@huntross.com
L. Chandler Rogers - chandler@rogerslawgroup.com

*Attorneys for Union County, Mississippi*

Jay M. Atkins - jay.atkins@mgclaw.com
Ben Woodhouse - ben.woodhouse@mgclaw.com

*Attorneys for Steven Thomas*

THIS, the 12th day of May, 2021.

*/s Thomas L. Carpenter*
THOMAS L. CARPENTER