IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FACTORY MUTUAL INSURANCE COMPANY, as Subrogee of Standex International Corporation; and STANDEX INTERNATIONAL CORPORATION**           **PLAINTIFFS**

V.           NO. 3:20-CV-180-DMB-RP

**STEVEN THOMAS d/b/a Thomas Wholesale and Salvage; JASPER CREEK, LLC; and UNION COUNTY, MISSISSIPPI, acting by and through the Board of Supervisors for the Third Supervisors District of Union County, Mississippi**           **DEFENDANTS**

## ORDER

On May 12, 2021, the parties[1] filed a joint motion requesting that, based on a settlement reached, the Court (1) "dismiss all claims, counter-claims, cross-claims, and third-party claims, by and against the parties to this action, with prejudice," "with these parties' costs to be borne by the parties themselves, each to their own expenses;" and (2) "maintain retention of jurisdiction over the settlement contract to permit enforcement, if necessary." Doc. #140 at 2–3.

In light of the settlement, the joint motion to dismiss [140] is **GRANTED**. The Court retains jurisdiction to enforce the settlement, if necessary. All remaining pending motions [51][57][74][76][138][141] are **DENIED as moot**. All claims, counter-claims, cross-claims, and

---

[1] The parties to the motion are Factory Mutual Insurance Company and Standex International Corporation, the original plaintiffs; Steven Thomas, Jasper Creek, LLC, and Union County, Mississippi, the original defendants; and Nationwide Mutual Insurance Company and Master-Bilt Refrigeration Solutions, the third-party defendants to Jasper Creek's counter-claim.

third-party claims are **DISMISSED with prejudice** with the parties bearing their own costs and expenses. A final judgment will issue separately.

    **SO ORDERED**, this 19th day of May, 2021.

/s/Debra M. Brown  
**UNITED STATES DISTRICT JUDGE**
