IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FACTORY MUTUAL INSURANCE COMPANY**, as Subrogee of Standex International Corporation; and **STANDEX INTERNATIONAL CORPORATION**     **PLAINTIFFS**

V.     NO. 3:20-CV-180-DMB-RP

**STEVEN THOMAS d/b/a Thomas Wholesale and Salvage; JASPER CREEK, LLC; and UNION COUNTY, MISSISSIPPI**, acting by and through the Board of Supervisors for the Third Supervisors District of Union County, Mississippi     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day based on the settlement reached, all claims, counter-claims, cross-claims, and third-party claims are **DISMISSED with prejudice**, with the parties bearing their own costs and expenses. The Court retains jurisdiction to enforce the settlement, if necessary.

**SO ORDERED**, this 19th day of May, 2021.

                                                /s/Debra M. Brown
                                                **UNITED STATES DISTRICT JUDGE**